# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 04/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Selna, James V. | 04/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | O'Melvey & Myers--retirement pension, paid monthly | $114,432.00 |
| 2. 2014 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $18,885.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Association of Business Trial Lawyers | October 14-17, 2014 | Aulani, Hawaii | Annual Meeting, Seminar Participant | Food, Lodging, Air Fare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Charles Schwab & Co. | Margin Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | Buy (add'l) | 07/28/14 | L | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |
| 8. Time Inc. | A | Dividend | J | T | Spinoff (from line 7) | 06/06/14 | J | | |
| 9. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 10. Comcast Corp. class A common | A | Dividend | J | T | Donated (part) | | | | |
| 11. Corning common | A | Dividend | K | T | | | | | |
| 12. General Electric common | D | Dividend | M | T | Buy (add'l) | 07/28/14 | K | | |
| 13. | | | | | | | | | |
| 14. Estee Lauder common | A | Dividend | K | T | | | | | |
| 15. DirecTV (DTV) | | None | | | Donated | | | | |
| 16. Microsoft common | B | Dividend | L | T | | | | | |
| 17. Newell Rubbermain common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 19. Tyson Foods Inc. common | A | Dividend | L | T | | | | | |
| 20. Walmart common | B | Dividend | L | T | | | | | |
| 21. Excel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 22. Charles Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 23. Bed Bath & Beyond common | | None | L | T | | | | | |
| 24. Southwest Airlines common | A | Dividend | L | T | | | | | |
| 25. Consolidated Edison | C | Dividend | L | T | | | | | |
| 26. Pimco Total Return | A | Distribution | M | T | | | | | |
| 27. | C | Dividend | | | | | | | |
| 28. Gabelli Cmall Cap Growth | A | Distribution | L | T | | | | | |
| 29. AGL Resources common | B | Dividend | L | T | | | | | |
| 30. Verrizon common | B | Dividend | K | T | | | | | |
| 31. CSX common | A | Dividend | K | T | | | | | |
| 32. Alaska Airlines | A | Dividend | L | T | Buy | 09/04/14 | K | | |
| 33. Apache Oil | A | Dividend | L | T | Buy | 10/10/14 | L | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Held in Account 3: | | | | | | | | | |
| 36. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 37. Time Inc. | A | Dividend | J | T | Spinoff (from line 36) | 04/05/14 | J | | |
| 38. AOL Inc. (AOL) | | None | J | T | | | | | |
| 39. Blackhawk Network Holdings | | None | J | T | Spinoff (from line 38) | 04/05/14 | J | | |
| 40. Time Warner Cable | A | Dividend | J | T | | | | | |
| 41. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 42. Intel Corp. common | A | Dividend | K | T | | | | | |
| 43. Ford Motor common | A | Dividend | J | T | | | | | |
| 44. Advanced Micro Devices common | | None | J | T | | | | | |
| 45. Brown Shoe common | A | Dividend | K | T | | | | | |
| 46. Manitowoc Company common | A | Dividend | K | T | | | | | |
| 47. Safeway common | A | Dividend | K | T | | | | | |
| 48. Jet Blue common | | None | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. Held in Account 4: | | | | | | | | | |
| 51. Duke Energy common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 53. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 54. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 55. Bank of America | A | Dividend | J | T | | | | | |
| 56. Brown Shoe | A | Dividend | J | T | | | | | |
| 57. Cabellas | | None | J | T | | | | | |
| 58. CVS Caremark | A | Dividend | K | T | | | | | |
| 59. Corning | A | Dividend | J | T | | | | | |
| 60. Intel Corporation | A | Dividend | J | T | | | | | |
| 61. Stanlely Black & Decker | A | Dividend | J | T | | | | | |
| 62. Safeway common | A | Dividend | J | T | | | | | |
| 63. AT & T common | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 64. Sonoco common | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 65. | | | | | | | | | |
| 66. Held in Account 5: | | | | | | | | | |
| 67. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 68. Comcast Corp. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Supervalu Inc. | | None | J | T | | | | | |
| 70. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 71. Time Inc. | A | Dividend | J | T | Spinoff (from line 70) | 06/06/14 | J | | |
| 72. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 73. Conagra Foods common | C | Dividend | M | T | | | | | |
| 74. GNMA PL #422670 | A | Interest | J | T | | | | | |
| 75. | A | Distribution | | | | | | | |
| 76. Ford Motor Co. common | C | Dividend | L | T | | | | | |
| 77. Hewlett-Packard common | C | Dividend | M | T | | | | | |
| 78. Jones Apparel Group | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 79. Liberty Interactive (QVCA) | | None | J | T | | | | | |
| 80. Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 81. Liberty Media Corp. (LMCA) (name change) | | None | J | T | | | | | |
| 82. Libert Media Corp. (LMCK) | | None | J | T | Spinoff (from line 80) | 07/23/14 | J | | |
| 83. Liberty Tripadvisor Holdings (LTRPA | | None | J | T | Spinoff (from line 80) | 08/27/14 | J | | |
| 84. Liberty Broadband Class A (LBRDA) | | None | J | T | Spinoff (from line 80) | 11/04/14 | J | | |
| 85. Liberty Broadband Class C (LBRDK) | | None | J | T | Spinoff (from line 80) | 11/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Starz Liberty Cap | | None | J | T | | | | | |
| 87.  DirecTV (DTV) | | None | K | T | | | | | |
| 88.  Mattel Inc. common | A | Dividend | K | T | | | | | |
| 89.  Microsoft common | C | Dividend | M | T | | | | | |
| 90.  Oralce common | B | Dividend | M | T | | | | | |
| 91.  Sempra Energy | B | Dividend | | | Sold | 10/30/14 | L | E | |
| 92.  Thermo Fisher common | A | Dividend | | | Sold | 01/16/14 | L | E | |
| 93.  Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 94.  Symantec Corp. | A | Dividend | J | T | | | | | |
| 95.  Viacom Class B new | B | Dividend | L | T | | | | | |
| 96.  CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 97.  Waste Management common | B | Dividend | L | T | | | | | |
| 98.  Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 99.  Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 100.  Southwest Airlines common | A | Dividend | L | T | | | | | |
| 101.  Intel Corp. | C | Dividend | M | T | | | | | |
| 102.  Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apache Corporation | A | Dividend | M | T | Buy (add'l) | 10/10/14 | L | | |
| 104. Home Depot common | B | Dividend | M | T | | | | | |
| 105. General Electric common | B | Dividend | K | T | | | | | |
| 106. Boeing common | B | Dividend | L | T | | | | | |
| 107. Rockwell Collins common | B | Dividend | L | T | | | | | |
| 108. Chevron Corp. | C | Dividend | M | T | | | | | |
| 109. CVS Caremark | B | Dividend | M | T | | | | | |
| 110. Northrop Grumman | C | Dividend | M | T | | | | | |
| 111. DuPont | B | Dividend | L | T | | | | | |
| 112. Royal Dutch Shell B | A | Dividend | L | T | Buy | 12/04/14 | L | | |
| 113. Verizon | C | Dividend | K | T | Buy | 01/02/14 | L | | |
| 114. | | | | | | | | | |
| 115. Held in Account 7: | | | | | | | | | |
| 116. Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 117. IBM common | A | Dividend | J | T | | | | | |
| 118. | | | | | | | | | |
| 119. Held as Custodian: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Excel Engergy Inc. common | C | Dividend | L | T | Sold (part) | 05/01/14 | K | C | |
| 121. | | | | | | | | | |
| 122. Trust No. 2: | | | | | | | | | |
| 123. Schwab Vaulue Advantage Fund | A | Dividend | J | T | | | | | |
| 124. Los Angeles, CA bond 3/1/15 | B | Interest | K | T | | | | | |
| 125. GNMA PL #569964 | A | Interest | J | T | | | | | |
| 126. | A | Distribution | | | | | | | |
| 127. National Grid PLC | A | Dividend | J | T | | | | | |
| 128. AGL Resources | B | Dividend | L | T | | | | | |
| 129. Sempra Energy common | A | Dividend | | | Sold | 10/30/14 | L | E | |
| 130. Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 131. BRE Properties Inc. | C | Dividend | | | Merged (with line 132) | 04/03/14 | J | | |
| 132. Essex Property Trust | A | Dividend | K | T | Buy | 04/03/14 | K | | |
| 133. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 134. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 135. Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 136. Bank of America Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 138. Royal Dutch Shell A | C | Dividend | L | T | | | | | |
| 139. Royal Dutch Shell B | A | Dividend | K | T | Buy | 12/04/14 | K | | |
| 140. | | | | | | | | | |
| 141. Held in Account 8: | | | | | | | | | |
| 142. Cisco Systems common | B | Dividend | L | T | | | | | |
| 143. General Electric common | A | Dividend | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. O & M Investment Partners: | | | | | | | | | |
| 146. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 147. O & M Investment Partners/Playa Vista | | None | J | U | | | | | |
| 148. O & M Investment Partners/Playa Vista II | A | Distribution | J | U | | | | | |
| 149. O & M Investment Partners/Post Street | C | Distribution | J | U | | | | | |
| 150. | | | | | | | | | |
| 151. Bank Accounts: | | | | | | | | | |
| 152. Bank of America | | None | K | T | | | | | |
| 153. One West Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  One West Bank | A | Interest | M | T | | | | | |
| 155.  One West Bank (Checking) | | None | J | T | Open | 10/01/14 | J | | |
| 156. | | | | | | | | | |
| 157.  Custodian Accounts: | | | | | | | | | |
| 158.  Custodian Account BCS 1 | | | | | | | | | |
| 159.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 160.  Custodian Account BCS 2 | | | | | | | | | |
| 161.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 162.  Custodian Account BCS 3 | | | | | | | | | |
| 163.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 164.  Custodian Account BCS 4 | | | | | | | | | |
| 165.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 166.  Custodian Account BCS 5 | | | | | | | | | |
| 167.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 168.  Custodian Account BCS 6 | | | | | | | | | |
| 169.  X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 170.  Custodian Account JSL1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 172. Custodian Account JSL2 | | | | | | | | | |
| 173. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 174. Custodian Account JSL3 | | | | | | | | | |
| 175. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 176. Custodian Account SSD1 | | | | | | | | | |
| 177. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 178. Custodian Account SSD2 | | | | | | | | | |
| 179. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 180. Custodian Account SSD3 | | | | | | | | | |
| 181. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | Partial Gift |
| 182. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544